UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELM FINANCIAL CORPORATION; HELM ENVIRONMENTAL SOLUTIONS, LLC; AND OCEANAIR ENVIRONMENTAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HAYNES CORPORATION AND HAYNES FUEL INJECTION CORPORATION,<br><br>Defendants. | Case No: C 09--5951 SBA<br><br>**ORDER DENYING PLAINTIFFS MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11**<br><br>[Docket No. 22] |

Presently before the Court is Plaintiffs' Motion for Administrative Relief Pursuant to Local Rule 7-11. Plaintiffs request that the hearing date on their Motion to Remand (Dokcet No. 18) be expedited to March 16, 2010. However, Plaintiffs present no reason that warrants expediting their motion. Plaintiffs are not seeking injunctive relief nor do they allege that they will be prejudiced if their Motion to Remand is not heard on an expedited basis.

Accordingly, Plaintiffs' Motion for Administrative Relief Pursuant to Local Rule 7-11 is DENIED.

Dated:_2/1/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge