UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELM FINANCIAL CORPORATION; HELM ENVIRONMENTAL SOLUTIONS, LLC; AND OCEANAIR ENVIRONMENTAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HAYNES CORPORATION AND HAYNES FUEL INJECTION CORPORATION,<br><br>Defendants. | Case No: C 09-5951 SBA<br><br>**ORDER DENYING DEFENDANTS' APPLICATION FOR ATTORNEY TO APPEAR PRO HAC VICE**<br><br>[Docket No. 42] |

Defendants' application for David P. Shouvlin to appear pro hac vice fails to comply with the requirements of Civil Local Rule 11-3. Counsel fails to identify an attorney who is a member of the bar of this Court in good standing who has been designated as co-counsel and who maintains an office within the state of California.

Accordingly,

IT IS HEREBY ORDERED THAT Defendants' application for David P. Shouvlin to appear pro hac vice is DENIED WITHOUT PREJUDICE. This order terminates Docket No. 42.

IT IS SO ORDERED.

Dated: April 27, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge